

# IN THE
# TENTH COURT OF APPEALS

**No. 10-12-00146-CR**
**No. 10-12-00147-CR**
**No. 10-12-00148-CR**
**No. 10-12-00149-CR**

**STEVEN RUBY WILLIAMSON,**

                                                      **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                      **Appellee**

---

**From the 54th District Court**
**McLennan County, Texas**
**Trial Court Nos. 2006-1728-C2, 2006-1729-C2,**
**2006-1730-C2 and 2006-1733-C2**

---

## MEMORANDUM OPINION

---

In 2007, Appellant was convicted in these four cases. He is now seeking to obtain court records from the district clerk in these cases. Upon his request to the district court to instruct the district clerk to provide him with the records, the district court entered an order denying the request for court records in each case. Appellant filed a notice of appeal of the order.

This court has jurisdiction over criminal appeals only when expressly granted by law. *Everett v. State,* 91 S.W.3d 386, 386 (Tex. App.—Waco 2002, no pet.). No statute vests this court with jurisdiction over an appeal from an order denying a request for a free copy of the trial record when such a request is not presented in conjunction with a timely filed direct appeal. *Id.; see Self v. State,* 122 S.W.3d 294, 294-95 (Tex. App.—Eastland 2003, no pet.). Furthermore, an intermediate court of appeals has no jurisdiction over post-conviction writs of habeas corpus in felony cases. *Self*, 122 S.W.3d at 295 (citing TEX. CODE CRIM. PROC. ANN. art. 11.07).

*Clegg v. State,* 214 S.W.3d 671 (Tex. App.—Waco 2007, no pet.).

We notified Appellant that unless he showed grounds for continuing his appeals, we might dismiss them for want of jurisdiction. Appellant has not filed a response.

Accordingly, we dismiss these appeals for want of jurisdiction.


REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeals dismissed
Opinion delivered and filed June 13, 2012
Do not publish
[CR25]